| | |
|---|---|
| STATE OF MAINE<br>ANDROSCOGGIN, SS. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. CV-17-29 |

| | |
|---|---|
| WILFRED DESORMEAU,<br><br>       PLAINTIFF,<br><br>v.<br><br>CVS STATE CAPITAL, LLC,<br>CVS Rx SERVICES, INC.,<br>CAREMARK PhC, LLC and<br>CVS HEALTH CORPORATION,<br><br>       DEFENDANTS. | )<br>)<br>)<br>) **DEFENDANT'S NOTICE OF FILING**<br>) **NOTICE OF REMOVAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Please take notice that on April 3, 2017, Defendants filed a Notice of Removal, a copy of which is attached hereto as **Exhibit A**, removing the above-captioned civil action to the United States District Court for the District of Maine pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446.

    You are further advised that Defendants, upon filing said Notice of Removal in the Office of the Clerk of the United States District Court for the District of Maine, also filed and served this notice to effectuate removal pursuant to 28 U.S.C. § 1446(d).

    Therefore, Defendants respectfully request that this Court proceed no further in this matter.

Dated: April 3, 2017

/s/ Matthew Tarasevich
Matthew Tarasevich
Peter F. Herzog
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: 207-774-1200
Fax: 207-775-6407
Email: mtarasevich@bernsteinshur.com
Email: pherzog@bernsteinshur.com
**Counsel for Defendants**

**EXHIBIT A**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date indicated below the foregoing document was served by U.S. Mail on the following counsel of record:

>Rebecca S. Webber
>Amy Dieterich
>Skelton, Taintor & Abbott
>95 Main Street
>Auburn, Maine 04210

Dated: April 3, 2017

Matthew Tarasevich
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: 207-774-1200
Fax: 207-775-6407
Email: mtarasevich@bernsteinshur.com