UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILFRED DESORMEAU,<br><br>PLAINTIFF,<br><br>v.<br><br>CVS STATE CAPITAL, LLC,<br>CVS Rx SERVICES, INC.,<br>CAREMARK PHC, LLC, and<br>CVS HEALTH CORPORATION,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action Docket No. 2:17-cv-00118-DBH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Wilfred Desormeau and Defendants, CVS State Capital, LLC (whose correct name is CVS State Capital, L.L.C.), CVS Rx Services, Inc., Caremark PhC, LLC (whose correct name is Caremark PhC, L.L.C.), and CVS Health Corporation, by and through their undersigned counsel, hereby stipulate, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), that this matter be dismissed with prejudice, without costs, and waiving all rights of appeal.

Dated this 15th day of June, 2017

| | |
|---|---|
| */s/ Rebecca S. Webber* | */s/Matthew Tarasevich* |
| Rebecca S. Webber | Matthew Tarasevich |
| Amy P. Dieterich | Peter F. Herzog |
| **SKELTON, TAINTOR & ABBOTT** | **BERNSTEIN SHUR** |
| 95 Main Street | 100 Middle Street, P.O. Box 9729 |
| Auburn, Maine 04210 | Portland, Maine 04104 |
| Telephone: 207.784.3200 | Telephone:  207.774.1200 |
| Email:  rwebber@sta-law.com | Facsimile:  207.775.6407 |
| Email:  adieterich@sta-law.com | Email:  mtarasevich@bernsteinshur.com |
| | Email:  pherzog@bernsteinshur.com |
| **Counsel for Plaintiff** | **Counsel for Defendants** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of June, 2017 the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system; that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter on the following counsel of record:

Rebecca S. Webber
Amy Dieterich
Skelton, Taintor & Abbott
95 Main Street
Auburn, Maine 04210

*/s/Matthew Tarasevich*
Matthew Tarasevich
**BERNSTEIN SHUR**
100 Middle Street, P.O. Box 9729
Portland, Maine 04104